SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br><br>YELENA ILCHUK, et al,<br><br>        Defendants. | Case No.: CIV.S 09-02951-FCD-KJN<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT CHARLOTTE M. MCCLOSKEY**<br><br>Complaint Filed: OCTOBER 22, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendants, by and through their designated Counsel of record (Scott N. Johnson; Catherine M. Corfee) that Defendant (Charlotte M. McCloskey) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). Defendant (Charlotte M. McCloskey) is dismissed due to the fact that this Defendant is deceased. This case is to remain open with remaining Defendants.

                                              DISABLED ACCESS PREVENTS INJURY, INC.

Dated: November 8, 2010                  /s/Scott N. Johnson
                                              SCOTT N. JOHNSON
                                              Attorney for Plaintiff

|  |  |
|---|---|
|  | CORFEE STONE & ASSOCIATES |
| Dated: November 10, 2010 | By:  /s/ Catherine M. Corfee<br>        Catherine Corfee<br>        Attorney for Defendants |

**IT IS SO ORDERED** that Defendant, Charlotte M. McCloskey, is hereby dismissed WITHOUT PREJUDICE pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.

Dated: November 10, 2010        _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE